UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                              :

UNITED STATES OF AMERICA

                              :       1:26-mj-00517-SN-1

    -against-                    :     ORDER
                              :

Pablo Figueroa

                              :

Defendant

                              :
-------------------------------------X

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition: mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
June 17, 2026

                              SO ORDERED:

                              _____
                              SARAH NETBURN
                              United States Magistrate Judge